UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLISON WEAVER,

                          Plaintiff,

-v-

BLOOMBERG, L.P.,

                          Defendant.

22 Civ. 8201 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, plaintiff stipulated to dismissal of three sets of claims (that is, hostile work environment, disability discrimination, and retaliatory discharge). The sole remaining set of claims allege race/color-based disparate treatment.

The Court adopts the following schedule regarding defendant's anticipated motion for summary judgment as to those claims:

- October 3, 2023: Joint stipulation of facts.

- October 24, 2023: Defendant's motion for summary judgment and opening brief.

- November 14, 2023: Plaintiff's brief in opposition.

- November 28, 2023: Defendant's reply brief.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: September 12, 2023
        New York, New York