UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLISON WEAVER,

                      Plaintiff,

    -v-

BLOOMBERG L.P.,

                      Defendant.

22 Civ. 8201 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Earlier today, the Court denied defendant's motion for summary judgment. Dkt. 46. The Court's intention is to promptly schedule the trial in this case, to be held this spring. The Court directs the parties promptly to confer, and, by **February 22, 2024**, to submit a joint letter estimating the length of a jury trial, and identifying any dates between April and June that are categorically unavailable due to preexisting commitments. The Court further directs the parties, by **March 12, 2024**, to submit a joint pretrial order consistent with the Court's Individual Rules governing jury trials. Any motions *in limine* are due on the same date as the joint pretrial order; opposition briefs are due one week later.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: February 20, 2024
       New York, New York