UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLISON WEAVER,

                                         Plaintiff,

-v-

BLOOMBERG L.P.,

                                         Defendant.

22 Civ. 8201 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court thanks the parties for their recent letter identifying possible dates for trial. Dkt. 48. The Court directs the parties to reserve **April 29, 2024 through May 8, 2024** for trial in this case; the Court's current expectation is that trial most likely will commence on May 1, 2024.

The Court schedules the final pretrial conference in this case for **April 4, 2024 at 2 p.m.**, at which time the Court expects to resolve the parties' motions *in limine*, to review the joint pretrial order in detail with counsel, and to take up other issues relating to the trial. The conference will be held in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: February 23, 2024
        New York, New York