> GRANTED. The final pretrial conference in this case is rescheduled to **April 19, 2024 at 2:30 p.m.** All other deadlines remain in place.
>
> Contrary to Mr. Garland's letter, the joint submission did not inform the Court that lead counsel were unavailable on April 4. It stated that on each day between April 3 and 17, a necessary trial participant (including witnesses) was unavailable. *See* Dkt. 48.
>
> SO ORDERED.
>
> Dated: February 28, 2024
> New York, New York
>
> *Paul A. Engelmayer*
> PAUL A. ENGELMAYER
> United States District Judge

**EPSTEIN BECKER GREEN**

Attorneys at Law

David W. Garland
t 212.351.4708
f 212.878.8600
DGarland@ebglaw.com

February 27, 2024

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
c/o A.J. Smallman, Courtroom Deputy
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Allison Weaver v. Bloomberg, L.P.*
    **Civ. Action No.: 22-CV-8201 (PAE)**

Dear Judge Engelmayer:

This firm represents defendant Bloomberg, L.P. ("Bloomberg") in the above-referenced matter. We submit this letter-motion pursuant to Your Honor's Individual Rules and Practices in Civil Cases to respectfully request that Your Honor reschedule the April 4, 2024 Final Pretrial Conference for April 19, 22, or 23, 2024.

In the parties' February 22, 2024 joint submission regarding the categorical unavailability for trial, we informed Your Honor that because of preexisting commitments, we were unavailable for trial between April 3 and 17. Specifically, I am unavailable during this two-week period because of long-planned travel out of the country. I have conferred with plaintiff's counsel, and he consents to the rescheduling of the conference to one of the proposed dates.

This is Bloomberg's first request to reschedule the Final Pretrial Conference, and it affects no other scheduled dates. Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

*David W. Garland*

David W. Garland

DWG:rr
Cc:  Counsel of Record