

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

David W. Garland
t 212.351.4708
f 212.878.8600
DGarland@ebglaw.com

March 8, 2024

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District Court of New York
New York, New York 10007

      Re: *Allison Weaver v. Bloomberg L.P., et al.* - Civil Case No. 22 Civ. 8201 (PAE)

Dear Judge Engelmayer:

      This firm represents defendant Bloomberg L.P. ("Bloomberg") in the above-referenced action. This matter is scheduled for a trial to begin between April 29, 2024 through May 8, 2024. (ECF No. 49.) The joint pretrial order ("JPTO") and related trial submissions (collectively "trial submissions") are due to be filed with the Court by March 12, 2024. (ECF No. 47).

      We now write, on behalf of the parties, to respectfully request that the deadline for the trial submissions be extended from March 12, 2024 to March 15, 2024. This is the second request for an extension of this deadline.[1] No other deadlines will be affected by this extension. The parties are requesting a short extension given the likelihood that they will be able to reach a settlement based on a number they have discussed but are awaiting a response from Bloomberg's General Counsel who is flying back from Asia.

      Thank you for your consideration.

                              Respectfully submitted,

                              */s/ David W. Garland*
                              David W. Garland

cc: Joshua Friedman, Esq. (via ECF)
    Joseph Myers, Esq. (via ECF)
    Jessica Giambrone Palmese, Esq. (via ECF)

GRANTED. SO ORDERED.

*[signature: Paul A. Engelmayer]*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 8, 2024
       New York, New York

---

[1] The parties first requested that the deadline for trial submissions be postponed until after the Court rendered a decision on Bloomberg's motion for summary judgment. (ECF No. 24)